**Order entered June 11, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01141-CR

**JEREMY JOHN SANDERSFELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82341-07**

## ORDER

The Court **REINSTATES** the appeal.

On June 2, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On June 4, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the June 2, 2014 order requiring findings.

We **GRANT** the June 4, 2014 extension motion and **ORDER** appellant's brief filed as of June 5, 2014.

/s/     LANA MYERS
         JUSTICE